# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUTH OZOLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 16-cv-00405-LPS |
| | ) |
| E.I. DUPONT DE NEMOURS AND | ) |
| COMPANY, a Delaware corporation, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

The parties, by and through the undersigned counsel, hereby stipulate and agree that this action is dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

| | |
|---|---|
| GARY W. ABER | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Gary W. Aber* | */s/ Lauren E.M. Russell* |
| Gary W. Aber, Esq. (No. 754) | Lauren E.M. Russell, Esq. (No. 5366) |
| 702 King Street, Suite 600 | 1000 N. King Street |
| Wilmington, DE 19899-1675 | Wilmington, DE 19801 |
| Telephone:  (302) 472-4900 | Telephone:  (302) 576-3255 |
| Facsimile:  (302) 472-4920 | Facsimile:  (302) 576-3750 |
| Email:  gaber@gablawde.com | E-mail:  lrussell@ycst.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**IT IS SO ORDERED**, this ___ day of _____, 201__.

_____
Hon. Leonard P. Stark

01:22618432.1